IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| R.B.<br>　　　Plaintiff,<br><br>v.<br><br>JENNIFER M. SMITH, ET AL.<br>　　　Defendants. | Case No.  4:19-cv-03004<br><br>Judge David Hittner<br><br>PARTIES' JOINT NOTICE AND REQUEST FOR CONTINUANCE OF AUGUST 21, 2019 HEARING |

　　　This matter came before the Court on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and Plaintiff's Motion for Expedited Discovery.

　　　Plaintiff R.B. initiated this action for declaratory judgment and injunctive relief on August 12, 2019 against Defendants.  Defendants are employed by Texas A&M University and are collectively referred to as "TAMU" for purposes of this notice and stipulation.  The Plaintiff alleges that TAMU is seeking to impose discipline in violation of the Due Process guarantees of the United States Constitution.  TAMU denies these allegations.

　　　The Plaintiffs and TAMU, have conferred and agree that the *status quo* pending the resolution of the administrative process at Texas A&M.  The parties agree and stipulate to the following:

　　　1.　　The hearing on scheduled for August 21, 2019 should be vacated (Doc. #12).

　　　2.　　TAMU will not impose any disciplinary sanctions against Plaintiff related to the alleged sexual misconduct described in this Complaint until ten days after the administrative process at TAMU has been fully and finally resolved, *i.e.*, until all internal appeals have been resolved and no further appeals may be taken.  Accordingly, Plaintiff may enroll in classes and participate in curricular and extra-curricular activities as a student in good standing until ten days after the administrative process at TAMU has been fully and finally resolved.

1

3. Plaintiff shall not initiate, directly or indirectly, any contact with the complainants identified in the Complaint.

4. All briefing on the Motion for a Preliminary Injunction (Doc. #3) is stayed. Defendants will submit a Notice to the Court immediately following the completion of the administrative process indicating whether any discipline will be imposed on Plaintiff.  Should TAMU, after the completion of the all administrative appeals, still seek to impose discipline on Plaintiff related to the alleged sexual misconduct described in this Complaint, Plaintiff may seek a hearing date from the Court for the Motion for a Temporary Restraining Order and Preliminary Injunction.

5. The parties submit an agreed proposed Protective Order and Order on Expedited Discovery, attached hereto as exhibits, and respectfully request entry.

Respectfully submitted.

<table>
<tr><td>

*/s/Joshua Engel (w/permission by H. Carl Myers)*
James Holtz
Texas Bar No. 09931450
Fed. Bar No. 1452
Will Holtz
Texas Bar No. 24092533
Fed. Bar No. 308796
THE HOLTZ LAW FIRM, P.C.
2121 Sage Road, Suite 250
Houston, Texas 77056
(713) 467-1396
jholtz@holtzlegal.com
wholtz@holtzlegal.com

Joshua Adam Engel
Ohio Bar No. 0075769
Anne Tamashashy
Ohio Bar No. 0064393
*Pro Hac Vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Suite 101
Mason, Ohio 45040
(513) 445-9600
Facsimile (513) 492-8989
engel@engelandmartin.com
tamashasky@engelandmartin.com

**Counsel for Plaintiff**

</td><td>

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Carl.*
H. CARL MYERS
Texas Bar No. 24046502
Fed. Bar No. 852368
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
carl.myers@oag.texas.gov

**Counsel for Defendants**

</td></tr>
</table>