UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R.B., | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.4:19-cv-03004 |
| | § | |
| JENNIFER M. SMITH, et al., | § | |
|    *Defendants.* | § | |

# ORDER GRANTING DEFENDANTS'
# UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Defendants' Unopposed Motion to Withdraw Counsel. After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that H. Carl Myers is hereby granted leave to withdraw as counsel of record for Defendants in this matter.

IT IS FURTHER ORDERED that Michael R. Abrams is designated as Attorney in Charge for Defendants in this matter.

SIGNED this _____ day of _____, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE