United States District Court
Southern District of Texas
**ENTERED**
November 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R.B., | § | |
|     Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-19-3004 |
| JENNIFER M. SMITH *et al.*, | § § § | |
|     Defendants. | § | |

## ORDER

Pending before the Court is the Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 2). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied as moot.

On August 12, 2019, Plaintiff R.B. ("R.B.") moved for a temporary restraining order and preliminary injunction to prohibit the imposition of certain disciplinary sanctions against R.B. (the "Injunction Motion"). On August 19, 2019, the parties jointly requested, and the Court granted, a continuance of the Injunction Motion.[1] On October 25, 2019, Defendants responded to the Injunction Motion, stating R.B. was found not responsible for certain alleged disciplinary violations and

---

[1] *Parties' Joint Notice and Request for Continuance of August 21, 2019 Hearing*, Document No. 15.

thus the Injunction Motion is moot. Consequently, R.B. "assents to the denial of the [Injunction Motion] without prejudice."[2] In light of the foregoing, the Court finds the Injunction Motion should be denied as moot. Accordingly, the Court hereby

**ORDERS** that the Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 2) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this __18__ day of November, 2019.

DAVID HITTNER
United States District Judge

---

[2] *Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure*, Document No. 29, ¶ 20.