IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| R.B. | Case No. 4:19-cv-03004 |
| Plaintiff, | Judge David Hittner |
| v. | DISMISSAL |
| JENNIFER M. SMITH, ET AL. | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41(A)(1)(a), Plaintiff R.B. respectfully provides notice that the Plaintiff is voluntarily dismissing all claims against Defendant. This voluntary dismissal is WITHOUT PREJUDICE.

Respectfully submitted,

  /s/ Joshua A. Engel
James Holtz (09931450, Fed Bar No. 1452)
Will Holtz (24092533, Fed Bar No. 308796)
THE HOLTZ LAW FIRM, P.C.
2121 Sage Road, Suite 250
Houston, Texas 77056
713-467-1396
jholtz@holtzlegal.com
wholtz@holtzlegal.com

Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
*Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the ECF system this JANUARY 23, 2020 upon all counsel of record.

_____/s/ Joshua Engel_____